FILED

12/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0561

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0561

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

TYLER FREDERICK ERICKSON,

     Defendant and Appellant.

O R D E R

_____

On September 19, 2024, Appellant filed a Notice of Appeal in this matter as self-represented litigant. In that Notice, Appellant asserted that transcripts had not been ordered in accordance with M. R. App. P. 8(3) but would be ordered after the Court appoints the Appellate Defender Division to represent Erickson. Erickson separately moved for appointment of counsel, which this Court denied on September 20, 2024.

On October 28, 2024, the District Court record, without transcripts, was filed in this Court. To date, no transcripts have been filed.

IT IS ORDERED that, on or before January 6, 2025, Appellant shall file a report on the status of this appeal and shall indicate whether transcripts have been ordered. Failure to file a status report within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 6 2024